531 A.2d 1106

John F. KICMOL, Sr., and Carmene M. Kicmol, Appellants,

v.

PFAUDLER COMPANY, a DIVISION OF SYBRON CORPO-RATION, Midwesco-Enterprise, Inc. now Midwesco, Inc., Hildebrandt Engineering Company, Inc., Honeywell Process Control Division of Honeywell, Inc. and Allied Uniform and Towel Supply Company

v.

PPG INDUSTRIES, INC.

v.

H.O. TRERICE COMPANY, Zook Enterprises, Inc., ABC Company, XYZ Company and John Doe and Richard Doe

v.

GARMENT CORPORATION OF AMERICA and Work-Wear Manufacturing Company.

Supreme Court of Pennsylvania.

Argued Sept. 24, 1987.

Decided Oct. 8, 1987.

P. Christian Hague, John F. Hooper, Meyer, Unkovic & Scott, Pittsburgh, for appellants.

John David Rhodes, Kurt R. Gingrich, Thompson, Rhodes & Cowie, Pittsburgh, for Midwesco, Inc.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

14

PER CURIAM:

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.